==============================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>     NORTHERN     </u>  DISTRICT OF <u>     NEW YORK     </u>

JUDGMENT IN A CIVIL CASE

DOCKET NO.  9:01-CV-0077  (LEK/DEP)

KEITH JENNINGS,

                **Plaintiff,**

    -against-

NEW YORK STATE TROOPER MARRERO,
and UNITED STATES OF AMERICA,

                **Defendants.**

<u>          </u>   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>   XX   </u>   **DECISION by COURT.**  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the Report-Recommendation of the Honorable David E. Peebles, dated March 28, 2005, is APPROVED and ADOPTED in its ENTIRETY; IT IS FURTHER ORDERED that the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated June 28, 2005.

DATE: <u>  June 28, 2005          </u>

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**